HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| VINCENT DANIEL HOPPER, a/k/a Vincent Daniel Hopper Marks, a/k/a Antolin Andrew Marks, a/k/a Wayne Rudder,<br><br>Plaintiff,<br><br>v.<br><br>NEIL CLARK, *et al.*,<br><br>Defendants. | Case No. C06-5282 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, plaintiff's objections to the Report and Recommendation [Dkt. #'s 53 and 55] and the remaining record, does here find and ORDER:

(1) Plaintiff's Motion for Reconsideration (Dkt. #46) will be considered as an objection to Magistrate Judge Karen L. Strombom's Order Granting in Part and Denying in Part Plaintiff's Motion to Compel (Dkt. #42) and, as such, is **DENIED;**

(2) The Court adopts the Report and Recommendation;

(3) Defendants' motion for summary judgment (Dkt. # 30) is **GRANTED** and Plaintiff's Complaint (Dkt. # 5) is **DISMISSED WITH PREJUDICE** as to Defendants De Guia, Hawkins, Thomas, Riley, Hansen and Singleton; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Honorable Karen L. Strombom.

DATED this 23rd f July, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1