# United States District Court

WESTERN DISTRICT OF WASHINGTON

VINCENT DANIEL HOPPER a/ka/
Vincent Daniel Hopper Marks, a/k/a
Antolin Andrew Marks, a/ka/ Wayne Rudder

JUDGMENT IN A CIVIL CASE

v.

NEIL CLARK, et al.,

CASE NUMBER: C06-5282RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Reconsideration (Dkt. #46) will be considered as an objection to Magistrate Judge Karen L. Strombom's Order Granting in Part and Denying in Part Plaintiff's Motion to Compel (Dkt. #42) and, as such, is **DENIED**;

The Court adopts the Report and Recommendation; and

Defendants' motion for summary judgment (Dkt. #30) is **GRANTED** and Plaintiff's Complaint (Dkt. #5) is **DISMISSED WITH PREJUDICE** as to Defendants De Guia, Hawkins, Thomas, Riley, Hansen, and Singleton.

| | |
|---|---|
| July 24, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |