UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS

Plaintiff,

v.

UNITED STATES OF AMERICA *et al*.,

Defendants

Case No. C06-5282RBL/JKA

ORDER REGARDING SUBSTITUTION OF COUNSEL

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is a motion to substitute Joan K. Mell and Miller Quinlan & Auter, P.S. Inc. as counsel for defendants in this action who were formerly represented by Kenneth J. Diamond and Winterbauer & Diamond, PLLC. The motion is unopposed. This case is on appeal and a final order dismissing the action was entered on July 23, 2007, (Dkt # 57). This court lacks jurisdiction to enter an order in this case and any motion to substitute counsel should be addressed to the Ninth Circuit.

The Clerk is directed to send a copy of this Order to plaintiff and counsel.

DATED this 10 day of September 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER